

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2022

No. 04-22-00058-CV

**IN RE** William Wesley **RUTH**, Relator

Original Proceeding[1]

**ORDER**

On January 28, 2022, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 29, 2022.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2022.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 16375, styled *Commission for Lawyer Discipline v. William Wesley Ruth*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Cynthia Marie Chapa presiding.